IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CARLOS ROSADO,

                Petitioner,

      vs.                           Civil Action 2:14-cv-2185
                                     Judge Frost
                                     Magistrate Judge King

WARDEN R. HANSON,
FCI ELKTON,

                Respondent.

<u>ORDER</u>

      Petitioner, a federal prisoner incarcerated in the Federal Correctional Institution ("FCI Elkton") in Lisbon, Ohio, brings this action for a writ of habeas corpus pursuant to 28 U.S.C. §2241, alleging that he was disciplined for a claimed rule infraction in violation of federal regulations.

      FCI Elkton is located in Columbiana County, Ohio, which falls within Ohio's northern federal judicial district. 28 U.S.C. §115(a)(1).

      This action is therefore **TRANSFERRED** to the United States District Court for the Northern District of Ohio, Eastern Division. *See* 28 U.S.C. § 115(a)(1).

November 17, 2014                   *s/Norah McCann King*
 (Date)                                Norah M<sup>c</sup>Cann King
                           United States Magistrate Judge